UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEX GONZALES,<br><br>        Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No.: 1:25-cv-0225 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DENYING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY<br><br>(Doc. 9) |

Michael Alex Gonzales is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, raising the following grounds: (1) instructional error, in violation of due process and Petitioner's right to present a complete defense; and (2) insufficiency of the evidence to justify conviction for unlawful possession of a firearm. (Doc. 1.)

The magistrate judge found the state court's denials of Plaintiff's claims were "not contrary to, or an unreasonable application of, clearly established federal law, nor was it based on an unreasonable determination of fact." (Doc. 9 at 18, 22; *see also id.* at 7-23 [cleaned up].) Further, the state court's "decision was not so lacking in justification that there was an error well understood and comprehended in existing law beyond any possibility for fairminded disagreement." (*Id.* at 18, 22-23 [cleaned up].) Therefore, the magistrate judge found Petitioner was not entitled to habeas relief on the grounds raised, and recommended the Court deny the petition. (*Id.* at 23.)

1

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 30 days. (Doc. 9 at 23.) The Court advised him that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. In addition, the Court declines to issue a certificate of appealability.

A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. *Miller-El v. Cockrell*, 537 U.S. 322, 335-336 (2003). If the Court denies a petition, it may only issue a certificate of appealability when a petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). To make such a showing, Petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (cleaned up). In the present case, the Court finds Petitioner did not make the required substantial showing of the denial of a constitutional right to justify the issuance of a certificate of appealability. Reasonable jurists would not find the Court's determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 4, 2025 (Doc. 9) are **ADOPTED**.
2. The petition for writ of habeas corpus is **DENIED**.
3. The Clerk of Court is directed to close this case.
4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:     **September 12, 2025**

UNITED STATES DISTRICT JUDGE

2